UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HATEKS HATAY TEKSTIL ISLETMELERI A.S.<br>Yenisehir Mah. Maresal Fevzi Cakmak Cd.<br>Cinar Apt.<br>Iskenderun, Hatay, TURKEY<br><br><br>Plaintiff,<br><br>v.<br><br>HIMATSINGKA AMERICA, INC.<br>261 Fifth Avenue Suite 1400<br>New York, NY 10016<br><br>Defendant. | **STIPULATION OF**<br>**VOLUNTARY DISMISSAL**<br><br>Case No.<br>19-cv-3140 (GBD) |

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Hateks Hatay Tekstil Isletmeleri A.S. and Defendant Himatsingka America, Inc. ("the Parties"), by their respective attorneys and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. Pursuant to a settlement agreement between the Parties, the parties hereby agree to seek voluntary dismissal of this action with prejudice.

2. The Parties agree that each party shall bear its own costs and attorneys' fees in connection with this action. WHEREFORE, the Parties respectfully request that this Court issue the proposed Order of Dismissal, attached hereto.

Respectfully submitted,

Dated: September 30, 2019

cc: Counsel of Record (via ECF)

_____
David S. Saltzman
SALTZMAN & EVINCH, PLLC
1050 K Street NW Suite 1150
Washington, DC 20001
Telephone: (202) 372-0092
Facsimile: (202) 318-0892
Email: dsaltzman@saltzmanevinch.com
*Admitted *pro hac vice*
*Attorney for Plaintiff*

_____
Adam Daniel Finkel
SABHARWAL & FINKEL, LLC
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: 646-409-2789
Facsimile: 212-289-2296
Email: adam@sabharwalandfinkel.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, David S. Saltzman, do hereby certify that a true and correct copy of the above and foregoing Stipulation of Dismissal with Prejudice has been served by means of the Southern District of New York's ECF filing system, in accordance with the Federal Rules of Civil Procedure on this the 30th day of September, 2019 addressed to all parties of record.

                                                     **/s/ *David Saltzman***
                                                   David Saltzman